FILED
15-0514
12/8/2015 6:13:26 PM
tex-8147216
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

**NO. 15-0514**

---

IN THE
SUPREME COURT OF TEXAS

---

IN RE KENNETH LEVIEN, BARRY LEVIEN
& PHILLIP LEVIEN, TRUSTEES

---

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REAL PARTIES
IN INTEREST'S RESPONSE BRIEF ON THE MERITS

---

Original Mandamus Proceeding From the
Third Court of Appeals and the 423rd District Court of Bastrop County
Cause No. 03-14-0822-CV and Cause No. 423-2681

---

JOHN KINCHEN
Hughes Arrell Kinchen, LLP
SBT# 00791027
1221 McKinney, Suite 3150
Houston, Texas 77010
(713) 403-2064
(713) 568-1747 (Fax)
jkinchen@hakllp.com

LUIS A. FAGREGA
Fabrega Hood LLP
SBT# 00790660
1221 McKinney, Suite 3150
Houston, Texas 77010
(713) 228-2322
(713) 228-0088 (Fax)
lfabrega@fabregahood.com

Attorneys for Real Parties in Interest
HARLAN LEVIEN, STEPHEN LEVIEN, KENNETH IVES and
PARVIN JOHNSON

TO THE HONORABLE SUPREME COURT OF TEXAS:

Real Parties in Interest, Harlan Levien, Stephen Levien, Parvin Johnson, and Kenneth Ives (hereinafter referred to as the "Real Parties") file this Unopposed Motion for Extension of Time to File Real Parties in Interest's Response Brief on the Merits and in support show the following:

1. Real Parties' Response Brief on the Merits is currently due on December 14, 2015. Real Parties request an extension of time of seven days, to December 21, 2015, to file their response brief.

2. In addition to drafting the Response Brief on the Merits, Real Parties' counsel has summary judgment deadlines and three depositions scheduled in December in other cases. An extension of seven days will allow Real Parties' counsel to complete the Response Brief on the Merits while also complying with the schedules and deadlines from his other cases.

3. The undersigned has conferred with counsel for Relators, who indicated there was no opposition to this request. Additionally, the current deadline for Relators' Reply Brief is December 29, 2015. Given the Real Parties request for an extension of their Response Brief, the Real Parties and Relators also request a corresponding seven-day extension for Relators' Reply Brief (until January 5, 2016).

Therefore, Real Parties pray that this Court grant this motion for extension of time.

Respectfully submitted,

**HUGHES ARRELL KINCHEN LLP**

By: /s/ John Kinchen
     John Kinchen
     Texas Bar No. 00791027
     Katie Brar
     Texas Bar No. 24061072
     1221 McKinney, Suite 3150
     Houston, Texas 77010
     Telephone: (713) 403-2064
     Facsimile: (713) 568-1747
     E-mail: jkinchen@hakllp.com
     E-mail: kbrar@hakllp.com

**FABREGA✶HOOD, L.L.P.**

By: /s/ Luis A. Fabrega
     Luis A. Fabrega
     Texas Bar No. 00790660
     1221 McKinney, Suite 3150
     Houston, Texas 77010
     Telephone: (713) 228-2322
     Facsimile: (713) 228-0088
     E-mail: lfabrega@fabregahood.com

**ATTORNEYS FOR REAL PARTIES IN INTEREST**

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Salleee S. Smyth, who indicated that this motion is unopposed.

/s/ John Kinchen
John Kinchen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion has been served on the following counsel of record via electronic mail in accordance with the Texas Rules of Civil and Appellate Procedure on this the 8th day of December, 2015:

Sallee S. Smyth
*VIA E-mail: smyth.sallee@gmail.com*
Attorney for Relators

Ellen A. Yarrell
*VIA E-mail: Ellen@eayatty.com*
Attorney for Relators

Joy M. Brennan
*VIA Email: jbrennan@smithcarr.com*
Attorney for Relators

/s/ John Kinchen
John Kinchen